**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sharon Sherman HALL, a.k.a. Sharon**
**P. Sherman, Defendant–**
**Appellant.**

**No. 08–11321**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 12, 2008.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Sharon Sherman Hall, Tallahassee, FL, pro se.

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Sharon Sherman Hall, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and the district court's finding that Hall violated the terms of her supervised release, along with her modified monthly restitution payment amount, are **AFFIRMED.**